Returned Mail Notice to the Debtor/Debtor's Attorney

April 24, 2013

From: United States Bankruptcy Court, District of Delaware

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Sean D. Spence, Case Number 10-10474, BLS

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

        **U.S. Bankruptcy Court**
        **824 Market Street, 3rd Floor**
        **Wilmington, DE 19801**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Hsbc Best Buy
1405 Foulk Road
Wilmington, DE 19803-2769

1

THE UPDATED ADDRESS IS:

HSBC Best Buy c/o Bass & Associates, P.C., 3936 E. Ft. Lowell, Suite 200, Tucson, AZ 85712

_____        May 15, 2013
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.